# EXHIBIT A

CERTIFIED MAIL

9589 0710 5270 1416 1271 28

Retail

UNITED STATES POSTAL SERVICE

U.S. POSTAGE PAID
FCM LG ENV
PITTSBURGH, PA 15290
MAR 11, 2025

94025

$7.16

S2324P502370-41

RDC 99

FROM:
Helena Robinson
2549 Chauncey Drive
Apt #267
Pittsburgh Pa
15219

TO: FAcebook
1 ~~[illegible]~~ Hacker Way
Mento Ca
94025

3/18/2025 10:20:36 AM
To:
Legal, Legal
Area Code:
MPK0001
ALT. Area Code:

Room ID:
Reseach Rack
Sender:

Item Alert:

Recipient Alert:

9589071052701416127128

9589071052701416127128

Utility Mailer
10 1/2" x 16"

ReadyPost.

10 March 2025
9:14
GD-25-002462

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA
CIVIL DIVISION

COVER SHEET

| | |
|---|---|
| Plaintiff(s) Vs.<br>Helena Robinson | GD-25-002462<br>Case Number |
| | Type of pleading:<br>Complaint of Harrassment, & Stolen Photo's from F.B. Hacking Privacy Breach |
| | Filed on behalf of:<br>Helena Robinson<br>(Name of the filing party) |
| Vs.<br>Defendant(s)<br>Face Book | ☐ Counsel of Record<br>☒ Individual, If Pro Se |
| | Address, Telephone Number and Email Address:<br>Helena Robinson<br>2549 Chauncey Drive<br>Apt 267<br>Pittsburgh Pa 15219<br>412-969-8491 |
| | Attorney's State ID |
| | Attorney's Firm ID |

FILED
2025 MAR 10 AM 9:03
DEPT. OF COURT RECORDS
CIVIL/FAMILY DIVISION
ALLEGHENY COUNTY PA

GD-25-002462 CL10

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

CIVIL DIVISION

Plaintiff(s) No:

Helena Robinson

v.

Defendant(s)

Face book

## NOTICE TO DEFEND

YOU HAVE BEEN SUED IN COURT. If you wish to defend against the claims set forth in the following pages, you must take action within TWENTY (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so, the case may proceed without you and a judgement may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.

IF YOU CAN AFFORD A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUTAGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED OR NO FEE.

LAWYER REFERRAL SERVICE
The Allegheny County Bar Association
11th Floor Koppers Building 436 Seventh Ave
Pittsburgh, Pennsylvania 15219
Telephone: (412) 261-5555

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

CIVIL DIVISION

Helena Robinson
______________________
Plaintiff(s)

vs.

No. ______________________

Facebook
______________________
Defendant(s)

## CIVIL COMPLAINT

AND NOW file(s) the Plaintiff(s) Helena Robinson,

in this Civil Complaint and seek(s) relief thereunder:

1. The Plaintiff(s)

☐ is/are individual(s) residing at: 2549 Chauncey Drive Apt 267 Pittsburgh Pa 15219

☐ is/are an individual(s) doing business under the name: ______________________

______________________ with an address or place of business at:

______________________

2. The Defendant: Face book

☐ is/are individual(s) residing at: ______________________.

☐ is/are individual(s) who holds himself/herself/themselves out as being in the

business of ______________, doing business under the name Facebook

with and address or place of business at 1 Hacker Way Menlo Ca 94025 or 1650 Arch Street Suite 2210 Philadelphia, PA 19103

☐ is an entity incorporated under the laws of Pennsylvania engaged in the business of

______________________, with an address or place of business at:

______________________.

☐ is a foreign corporation engaged in the business of ______________________,

with an address or place of business at: ______________________.

3. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately (1,2,3...). Letter each exhibit separately (A,B,C...). Use as much space as you need.

i Helena Robinson is Filing a law suite Complaint with Facebook. for hacking my page back in 2014 and its still ongoing today 2025. im Missing photos from this hack. And have been having privacy breach issues with emails and my cell phone since i arrived in pittsburgh in 2016. My phone keeps getting hacked and im only able to salvage so many Documents sent that, i feel is illegal. Because its about California legal proceeds about how they dellt with the Facebook privacy breach. However since i looked up the law in Pennsylvania this internet tracking on my cell and tv apps /cell apps has been ongoing to Finally make me make a complaint. i Did not Delete my Facebook page incase i need it in Court. Alot has occured sine my privacy breach out West (califonia). It's now overwhelming here in pittsburgh because of the on going privacy breach. Money gets

Stolen while at work or from my bank. im constantly worried about my saftey. all Due to this privacy breach. I'm seeking comphensation for the harrassment. i printed Documents out that was sent to my phone about California's Facebook user profile Litigation and im Not Sure if it's Fraud or not. IM very suspecious. Hopefully i'll get my Day in Court. i Dont like being an open Source liscence phone/internet. when i first noticed my hacked F.B. page it was Dated to 2005 3 i was not on F.B. that year. IM Filing because i responded to a F.B. Litigation paper sent to me about F.B. using out money to those hacked.

WHEREFORE, the plaintiff(s) respectfully request(s) that this Honorable Court award damaged in the amount of $ 100,000 // Million and costs, in addition to any such other relief as this court deems proper.

Respectfully submitted

Date 3-10-2025

Helena Robinson

Plaintiff(s) ProSe

Address:
2549 Chauncey Drive Apt 267
Pittsburgh Pa 15219
Telephone: 412 969-8496
Email:

## VERIFICATION

I verify that the statements made in this Complaint are true and correct to the best of my knowledge, information and belief. I understand that statements herein are made subject to the penalties of 18 Pa.C.S. §4904, relating to unsworn statements to authorities.

Date: 3-10-2025 Helena Robinson
(signature)

Date: ____________________ ______________________________
(signature)

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion/Petition was served upon the following via (select at least one).

- ☐ First Class Mail
- ☑ Certified Mail
- ☐ Facsimile
- ☐ Hand Delivered

Plaintiff/Respondent/Plaintiff Council

(Attorney's Name) ______________________

(Attorney's Address) ______________________

______________________

______________________

(Attorney's Phone) ______________________

(Attorney's Fax) ______________________

CERTIFICATE OF COMPLIANCE

I certify that this filing complies with the provisions of the *Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts* that require filing confidential information and documents differently than non-confidential information and documents.

Submitted by: Helena Robinson

Signature: Helena Robinson

Name: Helena Robinson

Attorney No. (if applicable) ______________

# Supreme Court of Pennsylvania

## Court of Common Pleas
## Civil Cover Sheet

_______________ County

| For Prothonotary Use Only: | |
|---|---|
| Docket No: | |

*The information collected on this form is used solely for court administration purposes. This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court.*

**SECTION A**

**Commencement of Action:**
- [X] Complaint
- [ ] Writ of Summons
- [ ] Petition
- [ ] Transfer from Another Jurisdiction
- [ ] Declaration of Taking

Lead Plaintiff's Name: Helena Robinson

Lead Defendant's Name: Facebook

Are money damages requested? [X] Yes [ ] No

Dollar Amount Requested: (check one) [X] within arbitration limits [ ] outside arbitration limits

Is this a *Class Action Suit*? [ ] Yes [X] No

Is this an *MDJ Appeal*? [ ] Yes [X] No

Name of Plaintiff/Appellant's Attorney: ______________________

[ ] Check here if you have no attorney (are a Self-Represented [Pro Se] Litigant)

**SECTION B**

**Nature of the Case:** Place an "X" to the left of the ONE case category that most accurately describes your ***PRIMARY CASE.*** If you are making more than one type of claim, check the one that you consider most important.

**TORT** *(do not include Mass Tort)*
- [ ] Intentional
- [ ] Malicious Prosecution
- [ ] Motor Vehicle
- [ ] Nuisance
- [ ] Premises Liability
- [ ] Product Liability *(does not include mass tort)*
- [ ] Slander/Libel/ Defamation
- [X] Other: Facebook, stolen Photos Harrassment

**MASS TORT**
- [ ] Asbestos
- [ ] Tobacco
- [ ] Toxic Tort - DES
- [ ] Toxic Tort - Implant
- [ ] Toxic Waste
- [ ] Other:

**PROFESSIONAL LIABLITY**
- [ ] Dental
- [ ] Legal
- [ ] Medical
- [ ] Other Professional:

**CONTRACT** *(do not include Judgments)*
- [ ] Buyer Plaintiff
- [ ] Debt Collection: Credit Card
- [ ] Debt Collection: Other
- [ ] Employment Dispute: Discrimination
- [ ] Employment Dispute: Other
- [ ] Other:

**REAL PROPERTY**
- [ ] Ejectment
- [ ] Eminent Domain/Condemnation
- [ ] Ground Rent
- [ ] Landlord/Tenant Dispute
- [ ] Mortgage Foreclosure: Residential
- [ ] Mortgage Foreclosure: Commercial
- [ ] Partition
- [ ] Quiet Title
- [ ] Other:

**CIVIL APPEALS**

Administrative Agencies
- [ ] Board of Assessment
- [ ] Board of Elections
- [ ] Dept. of Transportation
- [ ] Statutory Appeal: Other
- [ ] Zoning Board
- [ ] Other:

**MISCELLANEOUS**
- [ ] Common Law/Statutory Arbitration
- [ ] Declaratory Judgment
- [ ] Mandamus
- [ ] Non-Domestic Relations Restraining Order
- [ ] Quo Warranto
- [ ] Replevin
- [ ] Other:

*Updated 1/1/2011*